### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, FLCA and FARM CREDIT SERVICES OF AMERICA, PCA,<br><br>          Plaintiffs,<br><br>    v.<br><br>MARK L. STURMAN and<br>HEIDI L. STURMAN,<br><br>          Defendants. | Docket No. 1:22-CV-000147-SWS |

### MOTION FOR ENTRY OF STIPULATED JUDGMENT
### AND DECREE OF FORECLOSURE

Plaintiffs Farm Credit Services of America, FLCA ("FLCA") and Farm Credit Services of America, PCA ("PCA" and, collectively with FLCA, "Farm Credit") and Defendants Mark L. Sturman and Heidi L. Sturman, through their respective undersigned counsel, hereby request that this Court enter the *Stipulated Judgment and Decree of Foreclosure* submitted contemporaneously herewith. In support of this motion, the parties jointly state as follows:

    1.     Plaintiffs filed the Complaint in this matter on July 6, 2022, in which they generally allege that Defendants have defaulted under their loans with Plaintiffs, entitling Plaintiffs to money judgments against the Defendants and to foreclose on Defendants' real and personal property that is Plaintiffs' collateral.

    2.     The parties to this action have reached a settlement, as set forth in the Settlement Agreement attached hereto as Exhibit A (the "Agreement").

    3.     Pursuant to the Agreement, the parties to this action hereby request that the Court approve the Agreement and enter judgment in the form submitted herewith.

*/s/ Bradley T. Hunsicker*
Markus Williams Young & Hunsicker LLC
Bradley T. Hunsicker (Wyo. Bar No. 7-4579)
2120 Carey Ave., Suite 101
Cheyenne, Wyoming 82001
(307) 778-8178
bhunsicker@markuswilliams.com
*Counsel for Mark L. Sturman and*
*Heidi L. Sturman*


*/s/ Timothy L. Woznick*
Timothy L. Woznick – Wyo. Bar No. 6-3949
CROWLEY FLECK PLLP
511 W. 19th Street, Suite 100
Cheyenne WY 82001
(307) 772-4861 – Telephone
twoznick@crowleyfleck.com
*Counsel for Farm Credit Services of America,*
*FLCA and Farm Credit Services of America, PCA*