Timothy L. Woznick, Wyo. Bar # 6-3949
Crowley Fleck PLLP
PO Box 394
Cheyenne, WY 82003
(307) 426-4100
twoznick@crowleyfleck.com
*Attorneys for Farm Credit Services of America, FLCA
and Farm Credit Services of America, PCA*

**FILED**



*3:16 pm, 11/21/24*

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

FARM CREDIT SERVICES OF AMERICA, }
FLCA and FARM CREDIT SERVICES OF }
AMERICA, PCA, }
}
Plaintiffs, }
}
v. } Docket No. 1:22-CV-000147-SWS
}
MARK L. STURMAN and }
HEIDI L. STURMAN, }
}
Defendants. }

### SATISFACTION OF JUDGMENT

On December 6, 2022, this Court entered a *Stipulated Judgment and Decree of Foreclosure* (Doc. 18, the "Judgment") in Plaintiffs' favor. Plaintiffs hereby report that the Judgment has been satisfied.

Dated November 21, 2024

                                    **FARM CREDIT SERVICES OF AMERICA, FLCA AND
FARM CREDIT SERVICES OF AMERICA, PCA,
Plaintiffs**

                          By: _____
                                     Timothy L. Woznick – WY Bar # 6-3949
                                     Crowley Fleck PLLP
                                     P.O. Box 394
                                     Cheyenne, WY  82003
                                     (307) 426-4100
                                     twoznick@crowleyfleck.com

On September 7, 2023 the Judgment was recorded in Goshen County Clerk's Office at Book 990, Page 43, Document ID 995494

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of November, 2024, the foregoing document was served upon the following in the manner indicated:

Bradley T. Hunsicker       [ ] U.S. Mail
2120 Carey Ave., Ste. 101      [x] Email through the Court's ECF system
Cheyenne, WY 82001
bhunsicker@markuswilliams.com
*Counsel for Defendants*

*/s/ Traci Willingham*
Crowley Fleck PLLP